UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20 MJ 7291 SPM ) |
| GOLDEN LEE KNIGHTEN, | ) ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

The United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Cassandra J. Wiemken, Assistant United States Attorney for the District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged one count of being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

2. Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against defendant, the defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by defendant's release warrant defendant's detention pending trial.

3. With regard to the weight of the evidence against Defendant, and the nature and seriousness of Defendant's danger; as described in the complaint, officers watched as the occupants in a stolen

Dodge Charger appeared to engage in a hand-to-hand transaction with the occupants of another vehicle.  The Charger then sped off, barreling through the City of St. Louis.  Defendant (the passenger in the Charger) and the driver eventually exited the vehicle, fleeing on foot.  Defendant had a pistol in his hand.  When officers finally apprehended Defendant, Defendant physically resisted arrest—all the while, Defendant kept holding that pistol.  The detective who struggled with Defendant feared for his life.  Defendant then finally tossed the pistol, but he nonetheless continued resisting.  After he was secured, Defendant admitted (post-*Miranda*) to being a convicted felon, who was currently on probation.

4.     Defendant's danger is also evidenced by his criminal history.   Specifically, Defendant has a prior felony drug possession conviction.  And, Defendant is currently on probation for an SIS disposition in the State of Missouri for unlawful possession of a firearm.  Not only does this fact further demonstrate Defendant's danger to the community, but it also indicates Defendant is not amenable to supervision.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Cassandra J. Wiemken*
CASSANDRA J. WIEMKEN, #91586(KY)
Assistant United States Attorney